IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARLOS SAUL MOCTEZUMA,<br>Petitioner | :<br>:<br>: |
| v. | : CIVIL ACTION NO. 14-CV-2426 |
| THE STATE OF PENNSYLVANIA, et al.,<br>Respondents. | :<br>:<br>: |

## ORDER

AND NOW this _1st_ day of May, 2014, **IT IS HEREBY ORDERED** that:

1. The Clerk of Court shall furnish Petitioner with a blank copy of the Court's current standard form for filing a petition pursuant to 28 U.S.C. § 2254 and an application to proceed *in forma pauperis* bearing the above-captioned civil action number;

2. Petitioner shall complete this court's current standard form of petition as directed by Local Civil Rule 9.3(b) and Rule 2 of the Rules Governing Section 2254 Cases in the United States District Courts, sign the completed petition, and return it to the Clerk of Court within thirty (30) days, failing which this civil action will be dismissed without further notice;

3. Petitioner shall complete the application to proceed *in forma pauperis* and return it to the Clerk of Court, or pay the $5.00 filing fee, within thirty (30) days of the date of this Order. If Petitioner does not comply with this provision this action will be dismissed without further notice;[1]

4. The Clerk of Court shall file and docket Petitioner's cover letter dated April 21, 2014; and,

5. Petitioner's request for a writ of *error coram nobis* is **DENIED**.

*Joel Slomsky*
JOEL H. SLOMSKY, J.

---

[1] If Petitioner returns the application to proceed *in forma pauperis*, he shall include the required certification of a prison official.